**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-4931**

———————

UNITED STATES OF AMERICA,

                                Plaintiff - Appellee,

        versus

JOHN D. HORTON,

                                Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Alexander B. Denson, Magistrate Judge.  (CR-01-617-DEN)

———————

Submitted:  April 18, 2002          Decided:  April 25, 2002

———————

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

John D. Horton, Appellant Pro Se.  Anne Margaret Hayes, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John D. Horton appeals the magistrate judge's order denying his motion to dismiss and for sanctions. We have reviewed the record and the magistrate judge's order and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. <u>United States v. Horton</u>, No. CR-01-617-DEN (E.D.N.C. filed Nov. 14, 2001; entered Dec. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>